# IN THE SUPREME COURT OF THE STATE OF NEVADA

MAX WEISS,
                    Appellant,

            vs.

CHANDRA TAIT,
                    Respondent.

No. 74529

FILED

JUL 0 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.   NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Bryce C. Duckworth, District Judge, Family Court Division
        Ford & Friedman, LLC
        Hutchison & Steffen, LLC/Las Vegas
        Eighth District Court Clerk

18-24966